```
FILED
March 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. CR. S-08-0092 MCE
            Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
LARRY C. RILEY , )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LARRY C. RILEY__ , Case No. __CR. S-08-0092 MCE__ , Charge __Title 18 USC § 922__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ __50,000__   co-signed by brother of defendant

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) __Pretrial Services Supervision of conditions.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 10, 2008__ at __2:30 pm__ .

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge