```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LARRY C. RILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00092 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| LARRY C. RILEY, ) | |
| ) | Date: April 3, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's April 3, 2008, calendar, that it was continued until May 1, 2008, at 9:00 a.m., and that time should be excluded between April 3, 2008, and May 1, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1   This continuance is sought in order to permit counsel to review
2  discovery, consult with Mr. Riley regarding alternative courses of
3  action, and to consider what investigation and/or motions might be
4  appropriate.
5     **IT IS SO STIPULATED**.

7  Dated:  April 2, 2008         /S/ Russell Carlberg
                                  RUSSELL CARLBERG
8                                 Assistant United States Attorney
                                  Counsel for Plaintiff

10
11 Dated:  April 2, 2008         /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
12                                Counsel for Defendant
                                  LARRY C. RILEY

14                            **O R D E R**

15    **IT IS SO ORDERED.**

17  Dated: April 4, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2