```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LARRY C. RILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>LARRY C. RILEY,<br><br>                    Defendant.<br>_____ | No. 2:08-cr-00092 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  May 1, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 1, 2008, calendar, that it was continued until June 12, 2008, at 9:00 a.m., and that time should be excluded between May 1, 2008, and June 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to permit counsel to review
2  discovery, consult with Mr. Riley regarding alternative courses of
3  action, and to consider what investigation and/or motions might be
4  appropriate.

5  **IT IS SO STIPULATED**.

7  Dated: April 30, 2008          /s/ Russell Carlberg
                                   RUSSELL CARLBERG
8                                  Assistant United States Attorney
                                   Counsel for Plaintiff

11 Dated: April 30, 2008          /s/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
12                                 Counsel for Defendant
                                   LARRY C. RILEY

14                      **O R D E R**

16     **IT IS SO ORDERED.**

17  Dated: May 1, 2008

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time     2