```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  LARRY C. RILEY

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,     ) No. 2:08-cr-00092 MCE
14                               )
                  Plaintiff,     )
15                               ) STIPULATION AND ORDER CONTINUING
        v.                       ) CASE AND EXCLUDING TIME
16                               )
   LARRY C. RILEY,               )
17                               ) Date:  June 12, 2008
                  Defendant.     ) Time:  9:00 a.m.
18                               ) Judge: Hon. Morrison C. England, Jr.
   _____ )
19

20

21      IT IS HEREBY STIPULATED by and between Assistant United States

22 Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal

23 Defender Jeffrey L. Staniels, counsel for Defendant that the above case

24 be dropped from this court's June 12, 2008, calendar, that it be

25 continued until July 24, 2008, at 9:00 a.m., and that time should be

26 excluded between June 12, 2008, and July 24, 2008, pursuant to 18

27 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

28 ///
```

This continuance is sought in order to permit further time for counsel to review discovery, consult with Mr. Riley regarding alternative courses of action, and to consider what additional investigation and/or motions might be appropriate.

**IT IS SO STIPULATED.**

Dated: June 10, 2008          /s/ Russell Carlberg
                              RUSSELL CARLBERG
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: June 10, 2008          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time          2