DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY C. RILEY,<br><br>    Defendant.<br>_____ | No. 2:08-cr-0092 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  September 17, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's September 17, 2008, calendar, that it be continued until October 2, 2008, at 9:00 a.m., and that time should be excluded between September 16, 2008, and October 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for counsel to review discovery, consult with Mr. Riley regarding

1  alternative courses of action, and to consider what additional
2  investigation and/or motions might be appropriate.
3      **IT IS SO STIPULATED**.
4
5  Dated:   September 16, 2008     /s/ Russell Carlberg
                                         RUSSELL CARLBERG
6                                           Assistant United States Attorney
7                                           Counsel for Plaintiff
8
9  Dated:   September 16, 2008     /s/ Jeffrey L. Staniels
                                         Jeffrey L. Staniels
10                                          Assistant Federal Defender
11                                          Counsel for Defendant
                                         LARRY C. RILEY
12                                   **O R D E R**
13
14     **IT IS SO ORDERED.**
15  Dated: September 17, 2008
16
17                                       MORRISON C. ENGLAND, JR.
18                                       UNITED STATES DISTRICT JUDGE