```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0092 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| LARRY C. RILEY, ) | |
| ) | Date: October 2, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 2, 2008, calendar, that it be continued until October 29, 2008, at 9:00 a.m., and that time should be excluded between October 2, 2008, and October 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for counsel to review discovery, consult with Mr. Riley regarding

1 alternative courses of action, and to consider what additional
2 investigation and/or motions might be appropriate.
3    **IT IS SO STIPULATED**.

5 Dated:  September 29, 2008      /s/ Russell Carlberg
                                  RUSSELL CARLBERG
6                                 Assistant United States Attorney
                                  Counsel for Plaintiff

8 Dated:  September 29, 2008      /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
9                                 Assistant Federal Defender
10                                Counsel for Defendant
                                  LARRY C. RILEY

12                          **O R D E R**

14    **IT IS SO ORDERED.**

15  Dated: September 30, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2