DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00092 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| LARRY C. RILEY, | |
| Defendant. | Date: October 28, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 29, 2008, calendar, that it be continued until November 20, 2008, at 9:00 a.m., and that time should be excluded between October 29, 2008, and November 20, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for counsel to review discovery, consult with Mr. Riley regarding alternative courses of action, and to consider what additional investigation and/or motions might be appropriate.

///

**IT IS SO STIPULATED.**

Dated:  October 28, 2008            /s/ Russell Carlberg
                                    RUSSELL CARLBERG
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


Dated:  October 28, 2008            /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE