DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00092-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| LARRY C. RILEY, | ) | |
| | ) | Date: November 20, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's November 20, 2008, calendar, that it be continued until December 18, 2008, at 9:00 a.m., and that time should be excluded between November 20, 2008, and December 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought due to the unavailability of defense counsel who will be out of the state for several days including on November 20, 2008, and in order to permit further time for counsel to review discovery, consult with Mr. Riley regarding alternative courses of action, and to consider what additional investigation and/or motions might be appropriate.

**IT IS SO STIPULATED.**

Dated:  November 17, 2008         /s/ Russell Carlberg
                                  RUSSELL CARLBERG
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:  November 17, 2008         /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated:  November 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time         2