DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00092 MCE |
| Plaintiff, | ) ) | AMENDED STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) ) ) | |
| LARRY C. RILEY, | ) ) | Date:  December 18, 2008 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's December 18, 2008, calendar, that it be continued until January 15, 2009, at 9:00 a.m., and that time should be excluded between December 18, 2008, and January 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for counsel to review discovery and recently received investigation results, consult with Mr. Riley regarding alternative courses of action, and to consider what additional investigation and/or motions might be appropriate.

/ / /

1  **IT IS SO STIPULATED.**

3  Dated:  December 17, 2008           /s/ Russell Carlberg
                                        RUSSELL CARLBERG
4                                       Assistant United States Attorney
                                        Counsel for Plaintiff

6  Dated:  December 17, 2008            /s/ Jeffrey L. Staniels
7                                       Jeffrey L. Staniels
                                        Assistant Federal Defender
8                                       Counsel for Defendant
                                        LARRY C. RILEY

10                              **O R D E R**

12  **IT IS SO ORDERED.**

13  Dated:  December 17, 2008

15  _____
    MORRISON C. ENGLAND, JR.
16  UNITED STATES DISTRICT JUDGE