DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0092 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| LARRY C. RILEY, ) | Date:  January 15, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's January 15, 2009, calendar, that it be continued until February 12, 2009, at 9:00 a.m., and that time should be excluded between January 15, 2009, and February 12, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

1  This continuance is sought in order to permit further time for
2  counsel to consult with Mr. Riley regarding alternative courses of
3  action, and to consider what additional investigation and/or motions
4  might be appropriate.

5  **IT IS SO STIPULATED**.

7  Dated: January 14, 2009     /s/ Russell Carlberg
                                RUSSELL CARLBERG
8                               Assistant United States Attorney
                                Counsel for Plaintiff

10
11 Dated: January 14, 2009     /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
12                              Counsel for Defendant
                                LARRY C. RILEY

14              **O R D E R**

15  **IT IS SO ORDERED.**

17  Dated: January 20, 2009

                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time    2