```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0092 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| LARRY C. RILEY, ) | Date:  February 12, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 12, 2009, calendar, that it be continued until March 5, 2009, at 9:00 a.m., and that time should be excluded between February 12, 2009, and March 5, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit completion of motions related investigation needed in order for counsel to consult

1  with Mr. Riley regarding the advisability of pursuing a certain
2  pretrial motion and regarding alternative courses of action, he might
3  wish to take.
4      **IT IS SO STIPULATED.**

6  Dated: February 11, 2009      /s/ Russell Carlberg
                                 RUSSELL CARLBERG
7                                Assistant United States Attorney
                                 Counsel for Plaintiff

9  Dated: February 11, 2009      /s/ Jeffrey L. Staniels
10                               Jeffrey L. Staniels
                                 Assistant Federal Defender
11                               Counsel for Defendant
                                 LARRY C. RILEY

13                           **O R D E R**

15      **IT IS SO ORDERED.**

16   Dated: February 12, 2009

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2