```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    LARRY C. RILEY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00092 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE AND EXCLUDING TIME |
| v. | ) |
| LARRY C. RILEY, | ) Date: March 5, 2009 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's March 5, 2009, calendar, that it be continued until March 26, 2009, at 9:00 a.m., and that time should be excluded between March 5, 2009, and March 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

This continuance is sought in order to permit completion of motions related investigation needed in order for counsel to consult with Mr. Riley regarding the advisability of pursuing a certain pretrial motion and regarding alternative courses of action, he might wish to take.  Since the last continuance some investigation has been completed which has prompted the need for follow-up investigation.

**IT IS SO STIPULATED.**

Dated:  March 4, 2009          /s/ Russell Carlberg
                               RUSSELL CARLBERG
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated:  March 4, 2009          /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE