DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00092 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| LARRY C. RILEY, | ) | Date: March 26, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal

Defender Jeffrey L. Staniels, counsel for Defendant that the above case

be dropped from this court's March 26, 2009, calendar, that it be

continued until May 14, 2009, at 9:00 a.m., and that time should be

excluded between March 26, 2009, and May 14, 2009, pursuant to 18

U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit completion of

follow-up, motions related investigation needed in order for counsel to

consult with Mr. Riley regarding the advisability of pursuing a certain pretrial motion and regarding alternative courses of action, he might wish to take. Since the last continuance some investigation has been completed which has prompted the need for follow-up investigation.

**IT IS SO STIPULATED.**

Dated:  March 25, 2009          /s/ Russell Carlberg
                                RUSSELL CARLBERG
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  March 25, 2009          /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE