```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    LARRY C. RILEY
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. 2:08-cr-0092 MCE
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  CASE, SETTING BRIEFING SCHEDULE, AND
14       v.                      )  EXCLUDING TIME
                                 )
15  LARRY C. RILEY,              )
                                 )  Date:  May 14, 2009
16              Defendant.       )  Time:  9:00 a.m.
                                 )  Judge: Hon. Morrison C. England, Jr.
17  _____)

18
```

19 **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal
21 Defender Jeffrey L. Staniels, counsel for Defendant that the above case
22 be dropped from this court's May 14, 2009, calendar, that the below
23 listed briefing schedule for pre-trial motions be adopted, and that the
24 matter be recalendared on July 30, 2009, at 9:00 a.m., for argument on
25 motions, and evidentiary hearing setting, if needed, and for status
26 conference.

27 **IT IS FURTHER STIPULATED** that the following briefing schedule
28 (agreed to based, in part, on both counsel's current trial and travel

schedules) be adopted:

| | |
|---|---|
| Defendant's Motions to be Filed by | June 19, 2009 |
| Government's Opposition to by filed by | July 16, 2009 |
| Defendant's Optional Reply to by filed by | July 23, 2009 |
| Argument (and Evidentiary Hearing Setting if needed) | July 30, 2009 |

**IT IS FURTHER STIPULATED** that time should be excluded between May 21, 2009, and July 30, 2009 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED**.

Dated: May 13, 2009  /s/ Russell Carlberg
RUSSELL CARLBERG
Assistant United States Attorney
Counsel for Plaintiff

Dated: May 13, 2009  /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE