1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6   Attorney for Defendant
    LARRY C. RILEY
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:08-cr-00092 MCE
                                   )
14                  Plaintiff,     )  STIPULATION AND ORDER MODIFYING
                                   )  CONDITIONS OF RELEASE
15       v.                        )
                                   )
16  LARRY C. RILEY,                )  Judge:  Hon. Morrison C. England, Jr.
                                   )              (In Chambers)
17                  Defendant.     )
                                   )
18  _____  )

19

20        **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal

22  Defender Jeffrey L. Staniels, counsel for Defendant that the conditions

23  of release and pretrial supervision be modified in the above case to

24  delete special condition No. 7 which reads "7. You shall submit to drug

25  or alcohol testing as approved by the pretrial services officer."

26        In support of this modification the court is advised that Mr.

27  Riley is employed, that notification of the need to test requires him

28  to travel more than an hour in each direction to reach the testing

1 │ facility in Redding, and to leave work in order to do so.  In addition,

2 │ the supervising pretrial services officer, Becky Fidelman, advises that

3 │ Mr. Riley has never tested positive while subject to the above

4 │ condition.  Ms. Fidelman is aware of this proposed modification and has

5 │ authorized counsel to advise the court that she approves of the

6 │ proposed modification.

7 │     **IT IS SO STIPULATED**.

8 │

9 │ Dated:  July 27, 2009       /s/ Russell Carlberg

10 │                                     RUSSELL CARLBERG
       Assistant United States Attorney
       Counsel for Plaintiff

11 │

12 │

13 │ Dated:  July 27, 2009       /s/ Jeffrey L. Staniels
       Jeffrey L. Staniels
       Assistant Federal Defender

14 │        Counsel for Defendant
       LARRY C. RILEY

15 │

16 │                          **O R D E R**

17 │

18 │     **IT IS SO ORDERED**.

19 │

20 │  Dated: July 28, 2009

21 │

22 │             MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

23 │

24 │

25 │

26 │

27 │

28 │

Stipulation & Order

2