```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>LARRY C. RILEY,               )<br>                              )<br>          Defendant.          )<br>_____)  | No. 2:08-cr-0092 MCE<br><br>**AMENDED** STIPULATION AND ORDER<br>CONTINUING CASE, SETTING BRIEFING<br>SCHEDULE, AND EXCLUDING TIME<br><br>Date:  July 30, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's July 30, 2009, calendar, that the below listed modification of a briefing schedule for pre-trial motions be adopted, and that the matter be recalendared on October 1, 2009, at 9:00 a.m., for argument on motions, and evidentiary hearing setting, if needed, and for status conference.

**IT IS FURTHER STIPULATED** that the following briefing schedule

1 (agreed to based, in part, on both counsel's current trial and travel
2 schedules) be adopted:
3 Government's Opposition to by filed by September 17, 2009;
4 Defendant's Optional Reply to by filed by September 24, 2009;
5 Argument (and Evidentiary Hearing Setting if needed) October 1, 2009
6     **IT IS FURTHER STIPULATED** that time should be excluded between July
7 30, 2009, and October 1, 2009 pursuant to 18 U.S.C. § 3161(h)(8)(A) &
8 (B)(iv). Local Code T-4.
9     **IT IS SO STIPULATED.**
10
11
12 Dated: July 29, 2009          /s/ Russell Carlberg
                                     RUSSELL CARLBERG
13                                      Assistant United States Attorney
                                   Counsel for Plaintiff
14
15
   Dated: July 29, 2009          /s/ Jeffrey L. Staniels
16                                    Jeffrey L. Staniels
                                   Assistant Federal Defender
17                                    Counsel for Defendant
                                   LARRY C. RILEY
18
19
20                           **O R D E R**
21
22     **IT IS SO ORDERED.**
23
   Dated: July 30, 2009
24
25
   _____
26                             MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE
27
28

Stipulation & Order
Continuing Case and Excluding Time       2