```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00092 MCE |
| ) | |
| Plaintiff, ) | **AMENDED** STIPULATION AND ORDER |
| ) | CONTINUING CASE, SETTING BRIEFING |
| v. ) | SCHEDULE, AND EXCLUDING TIME |
| ) | |
| LARRY C. RILEY, ) | |
| ) | Date:  December 10, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's December 10, 2009, calendar, and that the matter be recalendared for January 7, 2010, at 9:00 a.m., for sentencing.  This request is made by the defense in order to permit completion of sentencing related preparation, consultation, and compliance with the court's recent scheduling order concerning filing of submissions to the court.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act is not implicated by this request so that exclusion of time is unnecessary.

**IT IS SO STIPULATED.**

Dated: December 8, 2009   /s/ Russell Carlberg
RUSSELL CARLBERG
Assistant United States Attorney
Counsel for Plaintiff

Dated: December 8, 2009   /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2