DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00092 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | |
| LARRY C. RILEY, | ) | Date:  January 7, 2010 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's January 7, 2010, calendar, and that the matter be recalendared for February 25, 2010, at 9:00 a.m., for sentencing.  This request is made by the defense in order to permit completion of sentencing related preparation, consultation, and compliance with the court's recent scheduling order concerning filing of submissions to the court.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act is not implicated by this request so that exclusion of time is unnecessary.

**IT IS SO STIPULATED**.

Dated:  January 5, 2010          /s/ Russell Carlberg
                                 RUSSELL CARLBERG
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated:  January 5, 2010          /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 LARRY C. RILEY

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                  2