DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0092 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE |
| v. | ) | |
| | ) | |
| LARRY C. RILEY, | ) | Date:  February 25, 2010 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Russell Carlberg, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 25, 2010, calendar, and that the matter be recalendared for March 11, 2010, at 9:00 a.m., for sentencing.  This request is made by the defense in order to permit completion of sentencing related preparation, consultation, and compliance with the court's scheduling order concerning filing of submissions to the court.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act is not implicated by this request so that exclusion of time is unnecessary.

**IT IS SO STIPULATED.**

Dated: February 23, 2010     /s/ Russell Carlberg
                              RUSSELL CARLBERG
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: February 23, 2010     /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              LARRY C. RILEY


**O R D E R**

**IT IS SO ORDERED.**

Dated: February 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2